UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROBERT IRVIN, SR., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 2:05CV00014 AGF |
| PIKE COUNTY MEMORIAL HOSPITAL, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On joint motion of the parties for additional time (Doc. No. 25),

**IT IS HEREBY ORDERED** that the parties shall have until **May 26, 2006**, to complete the mediation conference. The Court notes that this date has been continued twice in the past. No further extensions of time to complete the mediation conference shall be granted.

**IT IS FURTHER ORDERED** that the parties shall have until **May 31, 2006**, to file any case dispositive motions. Responses shall be filed by **June 21, 2006**, and any reply shall be filed by **June 30, 2006**. No further extensions of time shall be granted.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 3rd day of May, 2006.